# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LINNEAR HAYS, | NO. CV 10-0012 RSWL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| QUINTANA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 1/19/10.

*RONALD S.W. LEW*

_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE